

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SDD
F.#2011R00634

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 20, 2012

TO: Attached Distribution List

**Via Federal Express and ECF**

       Re: United States v. Ricky Hollenquest, et al.
           Criminal Docket No. 11-303 (NGG)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter a CD containing discovery in the above-referenced case. Please also consider this letter to be the government's request for reciprocal discovery.

      Please find the Medical Examiner's report for the autopsy of Brent Duncan, Bates-numbered Brent Duncan 251 to Brent Duncan 323. At this time, the government anticipates calling Dr. Rachel Lange as an expert from the Office of the Medical Examiner to testify as to the results of the autopsy.

      In addition, enclosed please find additional photographs and public postings by the defendants and others posted on a social networking website, separated by account, Bates-numbered:

      Bones Malone 356 to Bones Malone 485

      Scooter Dadon 486 to Scooter Dadon 758

      Blokdagoonba 759 to Blokdagoonba 779

      Da Movement 780 to Da Movement 782

      Greezzy 783 to Greezzy 785

      Ru Ga 786 to Ru Ga 788

      6ean 789 to 6ean 816

        Six Trey Death 817 to Six Trey Death 865

        Ra Ra An LB 866 to Ra Ra An LB 917

        Dazer 6 918 to Dazer 6 1077

        Also enclosed are photos of the Lee Perla jewelry store, Bates-numbered 1104 to 1116, along with CDs of the surveillance camera footage of the Lee Perla jewelry store robbery, Bates-numbered 1117 and 1118.  To view these files, we recommend using VLC media viewing software, which is commercially available.  Additionally, enclosed please find the Lee Perla jewelry store statement of loss and accompanying documents, Bates-numbered 1100 to 1102.

        Also enclosed is a statement of defendant Hale Cummings, Bates-numbered 1103, which has been provided only to counsel for Mr. Cummings.

        Please also find enclosed a Hackensack Police Department Report, Bates-numbered 1092 to 1099, as well as the accompanying laboratory form and custody receipt, Bates-numbered 1088 to 1091.  Additionally, enclosed are copies of a NJ Department of Law and Public Safety DNA forensic report regarding Ricky Hollenquest, Bates-numbered 1078 to 1087, NYPD case information related to a firearms offense committed by defendant Jamal Laurent, Bates-numbered 324 to 342, and an NYPD firearms analysis report, Bates-numbered 343 to 354.

If you have any questions or additional requests, please do not hesitate to contact us. The government will supplement this letter as appropriate, including with respect to the discovery requests submitted by counsel for Jamal Laurent on July 2, 2012.

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                  United States Attorney

By:     /s/
           Seth D. DuCharme
           Zainab Ahmad
           Assistant United States Attorneys
           (718) 254-6021/6522

Enclosures
CC:  Clerk of Court (NGG) (w/o enclosures)
     See Attached Distribution List

**DISTRIBUTION LIST**

Frederick H. Cohn, Esq.  
111 Broadway  
Suite 1805  
New York, NY 10006  
  *for Ricky Hollenquest*

Donna R. Newman, Esq.  
20 Vessey Street  
Suite 400  
New York, NY 10007  
  *for Jamal Laurent*

Daniel Nobel, Esq.  
305 Broadway  
14th Floor  
New York, NY 10007  
  *for Devon Rodney*

Jeremy F. Orden, Esq.  
277 Broadway-suite 1010  
New York, NY 10007  
  *for Yassa Ashburn*

Anthony L. Ricco, Esq.  
20 Vesey Street  
Suite 400  
New York, NY 10007  
  *for Yassa Ashburn*

Howard Greenberg, Esq.  
86 Court Street  
Brooklyn, NY 11201  
  *for Trevelle Merritt*

John Michael Burke, Esq.  
26 Court Street  
Suite 2805  
Brooklyn, NY 11242  
  *for Ralik Odom*

Margaret M. Shalley, Esq.  
225 Broadway  
Suite 715  
New York, NY 10007  
  *for Daniel Harrison*

James M. Branden, Esq.  
551 Fifth Avenue  
New York, NY 10176  
  *for Geraldo Elainor*

Kelley J. Sharkey, Esq.  
26 Court Street  
Suite 2805  
Brooklyn, NY 11242  
  *for Geraldo Elainor*

Marion Seltzer, Esq.  
1725 York Avenue  
Suite 16B  
New York, NY 10128  
  *for Haile Cummings*